**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERRONE ROBOTICS, INC., PERRONE ROBOTICS INNOVATIONS, LLC, | § | Case No. 2:25-cv-01150-JRG-RSP |
| *Plaintiffs*, | § | |
| v. | § | (Lead Case) |
| TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CORPORATION, | § | |
| *Defendants*. | § | |

**ORDER ADOPTING**

Defendants each previously filed a Motion to Dismiss (Dkt. No. 23 (Toyota Defendants); Dkt. No. 24 in Member Case No. 2:25-cv-001151 (Kia Defendants).) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 78), recommending denial of both Defendant's Motion to Dismiss. Defendants have now filed Objections (Dkt. Nos. 82 (Toyota), 83 (Kia)), with no response filed.

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that both Motions to Dismiss (Dkt. No. 23; Dkt. No. 24 in Member Case No. 2:25-cv-001151) be **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE