**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERRONE ROBOTICS, INC., PERRONE ROBOTICS INNOVATIONS, LLC, | § § | |
| *Plaintiffs*, | § | Case No. 2:25-cv-01150-JRG-RSP |
| v. | § § | (Lead Case) |
| TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CORPORATION, | § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion for Deposition Order. **Dkt. No. 105**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore it is **ORDERED** that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

Yuma Hoshikawa
Project Manager of Defendant Toyota Motor Corporation
1 Toyota-cho, Toyota City, Aichi 471-8571, Japan

The deposition shall commence on or about January 22, 2027 at 8:30 and terminating on or about January 22, 2027 at 16:00, and any documentary exhibits in connection therewith will be marked.

The proceedings will be reported, videotaped and interpreted by Planet Depos – American Realtime Court Reporters.

Counsel for Defendants who will participate in said deposition is: Amanda S. Williamson.

Counsel for Plaintiffs who will participate in said deposition is: Sylvanus Polky.

Please cause the testimony of said witness to be reduced to writing and the deposition signed by said witness and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

**SIGNED this 11th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE